# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| GATEWAY MORTGAGE GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-16-2123 |
| | § | |
| LEHMAN BROTHERS HOLDINGS INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION
## FOR LEAVE TO FILE UNDER SEAL

Lehman Brothers Holdings Inc. ("LBHI"), for itself and as Plan Administrator of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan Administrator"), filed a motion for leave to file motion under seal. The motion for leave to file under seal is granted in part. An unredacted version of LBHI's Motion to Dismiss, Transfer Venue to the United States District Court for the Southern District of New York, or to Stay, and the Brief in Support, may be filed under seal. A redacted version must be filed without sealing and will be publicly available. Any transcript of in-court discussions of the parties' confidential settlement agreement may be redacted in the publicly available filed version, but an unredacted version must also be filed under seal. Redactions are limited to the names of those receiving money or benefits under the settlement and the dollar amounts. Further redaction requests may be raised at the hearing set for **August 29, 2016, at 8:30 a.m.**

SIGNED on August 2, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge